AO 91 (Rev. 08/09)  Criminal Complaint                    **SEALED**                       FILED
                                                                                      August 21, 2023
# UNITED STATES DISTRICT COURT                                           CLERK, U.S. DISTRICT COURT
                                                                         WESTERN DISTRICT OF TEXAS
                              for the
                    **Western District of Texas**              BY:  _____Joseph Hinojos_____
                           Pecos Division                                      DEPUTY

|  United States of America     | ) |            |
|-------------------------------|---|------------|
|            v.                 | ) |            |
|  Sergio MENCHACA Pizarro      | ) | Case No.  **PE: 23-MJ-500** |
|                               | ) |            |
|                               | ) |            |
|                               | ) |            |
|        *Defendant(s)*         |   |            |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  08/17/2023  in the county of  Presidio  in the
WESTERN DISTRICT OF TEXAS  , the defendant(s) violated:

| Code Section         | Offense Description                      |
|----------------------|------------------------------------------|
| 19 U.S.C. 1459       | Reporting requirements for individuals.  |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

                                                 WILLIAM S WERNER JR   *Digitally signed by WILLIAM S WERNER JR*
                                                                       *Date: 2023.08.18 11:50:29 -05'00'*
                                                 _____
                                                        *Complainant's signature*

                                                        Will Werner, Special Agent
                                                 _____
                                                          *Printed name and title*

**Complaint sworn to telephonically and electronically signed on this date.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

Date:  08/21/2023                                 _____
                                                           *Judge's signature*

City and state:  Alpine, Texas                        Honorable Judge David B. Fannin
                                                 _____
                                                          *Printed name and title*

## AFFIDAVIT

On August 17, 2023, United States Border Patrol Agents (BPAs) from Presidio Station encountered a male subject, later identified as Sergio MENCHACA Pizarro, walking westbound along FM170 near Fort Leaton, within the Western District of Texas.

The BPAs conducted an immigration inspection on MENCHACA, at which point agents learned that MENCHACA was a United States citizen that entered the United States through the Rio Grande River. MENCHACA did not enter the United States at a border crossing point designated by the Secretary of Homeland Security.

MENCHACA was taken into custody and transported to the Presidio Border Patrol Station for processing.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

WILLIAM S WERNER JR
Digitally signed by WILLIAM S WERNER JR
Date: 2023.08.18 12:07:07 -05'00'

Will Werner
HSI Special Agent