# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | |
|---|---|
| USA § | |
| § | |
| vs. § | Case Number: PE:23-CR-00371(1)-DC |
| § | |
| (1) Sergio Menchaca Pizarro § | |
| *Defendant* | |

## SCHEDULING ORDER

The court issues the following scheduling order:

1. **Arraignment**. The arraignment of the defendant is set on **September 28, 2023 at 11:00 AM**. The arraignment will be before United States Magistrate Judge David Fannin at the United States District Courthouse, Courtroom No. 2, located at 410 S. Cedar, Pecos, Texas. Any arraignment waivers must be e-filed no later than **3 p.m. on September 27, 2023**. If the arraignment waiver is not filed by this deadline, the defendant and his/her attorney must appear **in person** at the arraignment.

2. **Docket Call**. The docket call in this case is set on **October 06, 2023 at 11:00 AM** before United States Magistrate Judge David Fannin at the United States District Courthouse, Courtroom No. 2, located at 410 S. Cedar, Pecos, Texas. The defendant's attorney must e-mail the court and the clerk's office of the defendant's docket call announcement. For the convenience of the attorneys, the announcement may be made at any time before the docket call deadline. The court may be e-mailed at susan_o_williams@txwd.uscourts.gov. The clerk's office may be e-mailed at yvette_lujan@txwd.uscourts.gov. If the defendant's docket call announcement is not made by the deadline, the court will select a future date to discuss the status of the defendant's case. In this latter instance, the defendant and his/her attorney must appear **in person** at the status conference.

3. **Discovery**. The court encourages the prompt disclosure of discovery. The district court's Standing

Discovery Order applies in this case. Local Rules and Standing Orders are available on the United States District Court/Western District of Texas website at www.txwd.uscourts.gov (standing orders may be found by clicking the drop-down tab labeled "Chambers" and then clicking on "Judges' Standing Orders"). The parties should also consult U.S. Dist. Ct. Rules W.D. Tex., Local Rule CR-16 regarding other discovery deadlines.

4. **Pretrial Motions**. The pretrial motions deadline is **October 04, 2023.** The parties should consult U.S. Dist. Rules W.D. Tex., Local Rules CR-12 and CR-47 regarding the form and requirements of any motion or response.

5. **Plea Deadline**. The plea deadline is **October 25, 2023**.

6. **Jury Selection and Trial**. This case set for jury selection and trial before United States District Judge David Counts on **November 20, 2023 at 8:30 AM**. Unless the parties are otherwise instructed, the jury selection and trial of this case will take place at the United States District Courthouse, Courtroom No. 1, located at 410 S. Cedar, Pecos, Texas.

It is **ORDERED this 15th day of September, 2023.**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE