# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | P:23-CR-371 DC |
| | § | |
| (1) SERGIO MENCHACA PIZARRO | § | |
| Defendant. | § | |

## ORDER GRANTING GOVERNMENT'S MOTION DESIGNATION AS COMPLEX AND TOLLING OF SPEEDY TRIAL PROVISIONS

Came on this date to be considered the Government's Unopposed Motion to Continue and to Designation as Complex and Tolling of Speedy Trial Provisions in the above styled cause, filed October 5, 2023, [Doc. 31], and after considering the same, the Court is of the opinion that it should be **GRANTED**.

THE COURT HEREBY FINDS the ends of justice will be served by granting the continuance and such ends of justice outweigh the interests of the public and the defendant in a speedy trial, based on the following factors:

1. The issues and facts in this case are complex, that it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the time limits established by the Speedy Trial Act; and

2. Due to the volume and type of discovery in this case adherence to the time limits prescribed in the Speedy Trial Act will deny counsel for both Defendant and the Government the reasonable time necessary for effecting preparation, taking into account the exercise of due diligence by both parties.

**IT IS HEREBY ORDERED** that the case be continued until April 15, 2024 for jury selection and trial at 8:30 AM.

**IT IS FURTHER ORDERED** that the time period between November 20, 2023 and the date set above for jury selection and trial is excludable under the provisions of Title 18, United States Code, Section 3161(h)(7)(A).

It is so **ORDERED**.

SIGNED this 10th day of October, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE