UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: PE:23-CR-00371(1)-DC |
| (1) Sergio Menchaca Pizarro | § § | |

**ORDER SETTING DOCKET CALL AND PLEA DEADLINE**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DOCKET CALL on Friday, September 13, 2024 at 11:00 AM. Docket Call announcement should be emailed to Joseph_Hinojos@txwd.uscourts.gov and Susan _O_Williams@txwd.uscourts.gov by September 13, 2024, at 11:00 AM. Plea deadline is October 2, 2024.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **7th day of March, 2024.**

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE