**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | |
|---|---|
| USA | § |
| | § |
| vs. | §   Case Number: PE:23-CR-00371(1)-DC |
| | § |
| (1) Sergio Menchaca Pizarro | § |

**ORDER SETTING D.C. ARRAIGNMENT**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for D.C. ARRAIGNMENT on **March 21, 2024, at 9:30 AM** in the Courtroom 2, 410 South Cedar, Pecos, TX 79772.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **14th day of March, 2024.**

_____
**DAVID B. FANNIN**
**UNITED STATES MAGISTRATE JUDGE**