# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | PE:23-CR-00371(1)-DC |
| | § | |
| (1) SERGIO MENCHACA PIZARRO | § | |

## ORDER RESETTING SENTENCING ALPINE

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING ALPINE** in Alpine Courtroom, on the , 2450 State Hwy. 118, Alpine, TX, on **Friday, January 24, 2025 at 08:00 AM**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 15th day of November, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE