UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | PE:23-CR-00371(1)-DC |
| | § | |
| (1) SERGIO MENCHACA PIZARRO | § | |

## ORDER RESETTING SENTENCING PECOS

　　IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING PECOS** in Courtroom 1, on the 2nd Floor of the United States Courthouse, 410 S. Cedar, Pecos, TX, on **Monday, March 17, 2025 at 08:10 AM**.

　　IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

　　IT IS SO ORDERED this 3rd day of March, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE